ACCEPTED
12-13-00127-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/10/2015 5:23:09 PM
CATHY LUSK
CLERK

# FRANK R. HUGHES, LAWYER

P. O. Box 8145
Greenville, Texas 75404-8145
903/456-2703
Email:  fhugheslaw@hotmail.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/10/2015 5:23:09 PM

CATHY S. LUSK
Clerk

29 December 2014


Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

Re:  Appellate No. 12-13-00127-CR

Style: Harold Jaylynn Couch, Appellant v.
        State of Texas, Appellee

Dear Sirs:

Pursuant to Rule 48.5 with this letter I certify that in compliance therewith I am enclosing the return receipt and the letter sent to Appellant; within the time confines of Rules 48.5 and 49.1.

Thank-you for your cooperation in this matter, please notify me of any changes I may need to make using the email address above and I will rectify immediately.


Very truly yours,

/S/ Frank R. Hughes

Frank R. Hughes


FRH/CC

# Frank R. Hughes, Lawyer

P.O. Box 8145
Greenville, Texas 75404
903 456 2703
Fax: 903 704 0972
Email: fhugheslaw@hotmail.com

19 December 2014


HAROLD JAYLYNN COUCH, 01851243
Boyd Unit
200 Spur 113
Teague, TX 75860-2007

Re: Opinion- Court of Appeals

Dear Mr. Couch,

Pursuant to the rule set out below enclosed herewith is a copy of the opinion of the Court of Appeals. You have a right to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2 but only 30 days from the day of the decision in which to file it.

Should you wish to be represented by an attorney you or family will need to hire one, the rules permit an indigent defendant court appointed assistance on the initial brief, but not on the Petition for Discretionary Review.

**Rule 48.4. Opinion Sent to Criminal Defendant**
In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68. This notification shall be sent certified mail, return receipt requested, to the defendant at his last known address. The attorney shall also send the court of appeals a letter certifying his compliance with this rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. The court of appeals shall file this letter in its record of the appeal.


Very truly,


Frank R. Hughes

# Offender Information Details

Return to Search list

**SID Number:**
04208450
**TDCJ Number:**
01851243
**Name:**
COUCH,HAROLD JAYLYNN
**Race:**
W
**Gender:**
M
**DOB:**
1970-01-03
**Maximum Sentence Date:**
2025-03-13
**Current Facility:**
BOYD
**Projected Release Date:**
2025-03-13
**Parole Eligibility Date:**
2019-03-13
**Offender Visitation Eligible:**
YES
*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* ***Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

**SPECIAL INFORMATION FOR SCHEDULED RELEASE:**
**Scheduled Release Date:**
Offender is not scheduled for release at this time.
**Scheduled Release Type:**
Will be determined when release date is scheduled.
**Scheduled Release Location:**
Will be determined when release date is scheduled.

**Parole Review Information**

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2010-09-07 | INDEC W/CHILD | 2013-03-20 | RAINS | 5172 | 12-00-00 |

## Boyd (BY)

# Correctional Institutions Division - Prison

ACA Accredited Unit Since January 1998

**Unit Full Name:** William R. Boyd Unit

**Unit Address and Phone Number:** 200 Spur 113, Teague, TX 75860-2007 (254) 739-5555 (**051)

**Unit Location:** Four miles west of Fairfield on Highway 84, Spur 113 in Freestone County

**Senior Warden:** Cynthia Tilley

**Regional Director:** Kelvin Scott, Region II

**CI Division Deputy Director:** Robert "Jay" Eason

**Date Unit Established or On Line:** August 1992

**Total Employees *:** 298

**Security Employees *:** 219

**Non-Security Employees *:** 47

**Windham Education Employees *:** 12

**Contract Medical and Mental Health Employees*:** Medical = 17; Mental Health = 3

**Offender Gender:** Male

**Maximum Capacity*:** 1,372

**Custody Levels Housed:** G1, G2, G4, Safekeeping

**Approximate Acreage:** 734

**Agricultural Operations:** Security Horses, Security Pack Canines, Unit Garden

**Manufacturing and Logistics Op.:** None

**Facility Operations:** Unit Maintenance

**Additional Operations:** Windham Region II Administrative Office; Laundry Services provided to the local Texas Juvenile Justice Department facility.

**Medical Capabilities:** Ambulatory medical, dental, and mental health services. Twelve-bed single cell housing area with wheelchair accommodations. Telemedicine and Digital Medical Services (DMS) available. All services on a single level, including assisted disability services (ADS) showers and CPAP accommodating housing. Managed by UTMB.

**Educational Programs:** Literacy (Adult Basic Education/GED), CHANGES/Pre-Release, Cognitive Intervention Career and Technology Programs: Automotive Specialization (Transmission); Construction Carpentry; Landscape Design, Construction and Maintenance

**Additional Programs/Services:** Faith Based Dormitory, Adult Education Program (upon availability), Reentry Planning, Peer Education, Chaplaincy Services, GO KIDS Initiative

**Community Work Projects:** Services provided to city and county agencies,

local organizations, and Texas Parks and Wildlife.

**Volunteer Initiatives:**Substance Abuse Education, Support Groups, Life Skills, Religious/Faith Based Studies and Activities

* Data as of August 31, 2013

# Boyd (BY)

## Correctional Institutions Division - Prison

ACA Accredited Unit Since January 1998

| | |
|---|---|
| **Unit Full Name:** | William R. Boyd Unit |
| **Unit Address and Phone Number:** | 200 Spur 113, Teague, TX 75860-2007 (254) 739-5555 (**051) |
| **Unit Location:** | Four miles west of Fairfield on Highway 84, Spur 113 in Freestone County |
| **Senior Warden:** | Cynthia Tilley |
| **Regional Director:** | Kelvin Scott, Region II |
| **CI Division Deputy Director:** | Robert "Jay" Eason |
| **Date Unit Established or On Line:** | August 1992 |
| **Total Employees *:** | 298 |
| **Security Employees *:** | 219 |
| **Non-Security Employees *:** | 47 |
| **Windham Education Employees *:** | 12 |
| **Contract Medical and Mental Health Employees*:** | Medical = 17; Mental Health = 3 |
| **Offender Gender:** | Male |
| **Maximum Capacity*:** | 1,372 |
| **Custody Levels Housed:** | G1, G2, G4, Safekeeping |
| **Approximate Acreage:** | 734 |
| **Agricultural Operations:** | Security Horses, Security Pack Canines, Unit Garden |
| **Manufacturing and Logistics Op.:** | None |
| **Facility Operations:** | Unit Maintenance |
| **Additional Operations:** | Windham Region II Administrative Office; Laundry Services provided to the local Texas Juvenile Justice Department facility. |
| **Medical Capabilities:** | Ambulatory medical, dental, and mental health services. Twelve-bed single cell housing area with wheelchair accommodations. Telemedicine and Digital Medical Services (DMS) available. All services on a single level, including assisted disability services (ADS) showers and CPAP accommodating housing. Managed by UTMB. |
| **Educational Programs:** | Literacy (Adult Basic Education/GED), CHANGES/Pre-Release, Cognitive Intervention Career and Technology Programs: Automotive Specialization (Transmission); Construction |

Carpentry; Landscape Design, Construction and Maintenance

**Additional Programs/Services:** Faith Based Dormitory, Adult Education Program (upon availability), Reentry Planning, Peer Education, Chaplaincy Services, GO KIDS Initiative

**Community Work Projects:** Services provided to city and county agencies, local organizations, and Texas Parks and Wildlife.

**Volunteer Initiatives:** Substance Abuse Education, Support Groups, Life Skills, Religious/Faith Based Studies and Activities

* Data as of August 31, 2013

# Frank R. Hughes, Lawyer

P.O. Box 8145
Greenville, Texas 75404
903 456 2703
Fax: 903 704 0972
Email: fhugheslaw@hotmail.com

19 December 2014


HAROLD JAYLYNN COUCH, 01851243
Boyd Unit
200 Spur 113
Teague, TX 75860-2007

Re: Opinion- Court of Appeals

Dear Mr. Couch,

Pursuant to the rule set out below enclosed herewith is a copy of the opinion of the Court of Appeals. You have a right to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2 but only 30 days from the day of the decision in which to file it.

Should you wish to be represented by an attorney you or family will need to hire one, the rules permit an indigent defendant court appointed assistance on the initial brief, but not on the Petition for Discretionary Review.

**Rule 48.4. Opinion Sent to Criminal Defendant**
In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68. This notification shall be sent certified mail, return receipt requested, to the defendant at his last known address. The attorney shall also send the court of appeals a letter certifying his compliance with this rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. The court of appeals shall file this letter in its record of the appeal.


Very truly,

Frank R. Hughes